# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN KOON,<br><br>        Petitioner,<br><br>    v.<br><br>FRANK X. CHAVEZ, Warden,<br><br>        Respondent. | Case No. EDCV 09-2112-AHM (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and dismissed with prejudice.

DATED: April 7, 2010

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6